```
MINUTE ENTRY   PRESENT:  Hon. Alex R. Munson, Chief Judge Presiding
     Sanae Shmull, Court Reporter
     K. Lynn Lemieux, Courtroom Deputy
     Danilo Aguilar, Attorney for GEDA
     Brien Sers Nicholas, Attorney for Defendant
     Victorino Igitol, Defendant
```

PROCEEDINGS: Motion for Order In Aid of Judgment in re: Victorino Igitol

 Attorney Danilo Aguilar was present on behalf of Guam Economic Development Authority.  Victorino Igitol appeared with Attorney Brien Sers Nicholas.

 Attorney Nicholas addressed the Court and brought to the Court's attention certain matters regarding a lawsuit that was filed in the Superior Court involving some of the same parties.  The lawsuit was Civil Action #93-265  Alliance Air Saipan -vs- Victorino Igitol. A payment of $200,000 was paid by the Igitols to Alliance Air Saipan towards this lawsuit.  Attorney Nicholas stated that the $200,000 was payment in full in this matter according to his client and moved to set aside the Judgment of Default.  Attorney Aguilar argued that this was not the case in defense of Guam Economic Development Authority.

 Attorney Nicholas requested to file a motion to set aside default.  Court ruled in favor and continued this hearing until August 13, 2003 at 9:00 a.m.

        Adjourned 10:45 a.m.
 ;    [KLL EOD 07/10/2003]